IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN GORDON,

    Petitioner,

v.

DOUGLAS PERCY, Warden,
Oakhill Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-444-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of John Gordon for a writ of habeas corpus under 28 U.S.C. § 2254 with prejudice.

/s/                                                                                  5/17/2018

Peter Oppeneer, Clerk of Court                               Date